IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

KAYLUM BELL and
CIERRA WALKER,

    Plaintiffs,

v.                                              Case No. 2:25-cv-2244-MSN-cgc
                                                JURY DEMAND

CARRIER CORPORATION,

    Defendant.

---

# JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed March 4, 2025.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Voluntary Dismissal (ECF No. 23), filed September 30, 2025, this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

October 1, 2025
Date